JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SIMON CHIKHLADZE, | Case No. 2:25-cv-00381-AB-BFM |
|---|---|
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| GOVERNMENT OF GEORGIA, et al., | |
| Defendant. | |

The Court has been advised that Plaintiff Simon Chikhladze ("Plaintiff") has agreed to voluntarily dismiss this action in its enterity with prejudice. (*See* Dkt. No. 20.) The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and **WITH PREJUDICE**.

Dated: January 29, 2025

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.